GARY M. RESTAINO
United States Attorney
District of Arizona
NATHANIEL J. WALTERS
Assistant United States Attorney
Arizona State Bar No.: 029708
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: Nathaniel.Walters@usdoj.gov
Attorneys for Plaintiff

FILED

2023 SEP 27  AM 8: 25

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR23-01493 TUC-JAS(MSA)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

SEALED

| United States of America, | **INDICTMENT** |
|---|---|
| Plaintiff, | Violations: |
| | 18 U.S.C. §§922(a)(6) and 924(a)(2) |
| vs. | (False Statement During Purchase of a Firearm) |
| | Count 1 |
| | |
| Danny Rowe Elliott, Jr., | 18 U.S.C. §§922(a)(6) and 924(a)(2) (False Statement During Purchase of a Firearm) |
| Defendant. | Count 2 |
| | |
| | 18 U.S.C. §924(d); 28 U.S.C. §2461(c) (Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

On or about July 9, 2022, in the District of Arizona, DANNY ROWE ELLIOTT, JR., in connection with the acquisition of a firearm, to wit: One (1) Glock 19 Gen 5, 9 mm Luger pistol (S/N BSXK751), from USA Pawn & Jewelry, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to USA Pawn & Jewelry, which statement was intended and likely to deceive USA Pawn & Jewelry, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under Chapter 44 of Title 18, in that the defendant represented he was the actual transferee/buyer of said firearm.

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 2

On or about July 23, 2022, in the District of Arizona, DANNY ROWE ELLIOTT, JR., in connection with the acquisition of a firearm, to wit: One (1) Glock 21 Gen 4, .45 caliber pistol (S/N AFNU598), from USA Pawn & Jewelry, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to USA Pawn & Jewelry, which statement was intended and likely to deceive USA Pawn & Jewelry, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under Chapter 44 of Title 18, in that the defendant represented he was the actual transferee/buyer of said firearm.

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## FORFEITURE ALLEGATION

Upon conviction of Counts One and Two of the Indictment, the defendant, DANNY ROWE ELLIOTT, JR., shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to a Glock 19 Gen 5, 9 mm Luger pistol, bearing serial number BSXK751, a Glock 21 Gen 4, .45 caliber pistol, bearing serial number AFNU598, thirty-eight (38) rounds of Federal 9 mm caliber ammunition, and fourteen (14) rounds of CCI .45 caliber ammunition.

If any of the property described above, as a result of any act or omission of the defendant: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendant.

*United States of America v. Elliott*
*Indictment Page 2 of 3*

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c) and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Dated: September 27, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona

/s/
NATHANIEL J. WALTERS
Assistant United States Attorney

REDACTED FOR
PUBLIC DISCLOSURE

*United States of America v. Elliott*
*Indictment Page 3 of 3*